**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

July 22, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *E.T.G. v. Genalo et. al.*, No. 26-cv-4274 (Bulsara, J.)

Dear Judge Bulsara:

This Office represents Respondents Kenneth Genalo, New York Field Office Director, Immigration and Customs Enforcement ("ICE"); David J. Venturella, Senior Official Performing the Duties of the Director, ICE; Markwayne Mullin, Secretary of the Department of Homeland Security; and Todd Blanch, Acting Attorney General of the United States (collectively, the "Federal Respondents") in the above-captioned habeas action. The Federal Respondents respectfully submit this letter pursuant to the Court's July 18, 2026, Order which directed them to "file a letter indicating that Petitioner has been returned to federal custody within 24 hours of his return to federal custody." *See* Docket Entry ("DE") dated July 18, 2026.

This Office was informed today that Petitioner was returned to federal custody at 12:28 p.m yesterday, July 21, 2026, when he was booked back into detention at the Orange County Jail ("OCJ") in Goshen, New York. Additionally, this Office has now learned that Petitioner's transfer from the OCJ to the Nassau County Correctional Center ("NCCC") on June 24, 2026, and his transfer back from the NCCC to the OCJ on July 21, 2026, was conducted by the Nassau County Sheriff's Office. The OCJ is located in Orange County, New York, which is located within the Southern District of New York ("S.D.N.Y."), not this District. *See* 28 U.S.C. § 112(b) (listing Orange County as being located in the S.D.N.Y.) As such, Petitioner has not been in ICE custody within the Eastern District of New York since his initial transfer to the OCJ, in the S.D.N.Y., on April 30, 2026. *See* DE 6. Thus, this District is not the proper forum for this Petition. The Federal Respondents therefore respectfully submit that the Court should either transfer this Petition to the S.D.N.Y. or dismiss the Petition with instructions to Petitioner to refile it in the S.D.N.Y. if he wishes to proceed with his habeas. The Federal Respondents will provide additional briefing on this issue should the Court so direct.

The Federal Respondents thank the Court for its attention to this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: */s/ Thomas R. Price*
Thomas R. Price
Assistant U.S. Attorney
(631) 715-7893
thomas.price@usdoj.gov

cc: (by ECF)
All counsel of record