**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

July 22, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *E.T.G. v. Genalo et. al.*, No. 26-cv-4274 (Bulsara, J.)

Dear Judge Bulsara:

This Office represents Respondents Kenneth Genalo, New York Field Office Director, Immigration and Customs Enforcement ("ICE"); David J. Venturella, Senior Official Performing the Duties of the Director, ICE; Markwayne Mullin, Secretary of the Department of Homeland Security; and Todd Blanch, Acting Attorney General of the United States (collectively, the "Federal Respondents") in the above-captioned habeas action. The Federal Respondents write to respectfully submit the attached Form I-286, Notice of Custody Determination ("Notice") (Exhibit A hereto), in further support of their response to Petitioner E.T.G.'s ("Petitioner") letter [DE 7] and the Petition [DE 1]. *See* DE 8. As indicated in the Notice, Petitioner refused to sign the Notice and did not make an election regarding his right to request that an immigration judge review the custody determination. *See* Exh. A at 2.

The Federal Respondents thank the Court for its attention to this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: *<u>/s/ Thomas R. Price</u>*
Thomas R. Price
Assistant U.S. Attorney
(631) 715-7893
thomas.price@usdoj.gov

cc: <u>(by ECF)</u>
All counsel of record