**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*
July 25, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *E.T.G. v. Genalo et. al.*, No. 26-cv-4274 (Bulsara, J.)

Dear Judge Bulsara:

This Office represents Respondents Kenneth Genalo, New York Field Office Director, Immigration and Customs Enforcement ("ICE"); David J. Venturella, Senior Official Performing the Duties of the Director, ICE; Markwayne Mullin, Secretary of the Department of Homeland Security; and Todd Blanch, Acting Attorney General of the United States (collectively, the "Federal Respondents") in the above-captioned habeas action. The Federal Respondents write in response to Your Honor's Order dated July 25, 2026, to respectfully advise the Court that Petitioner E.T.G. was released from the Federal Respondents' custody at 4:40 p.m. today.

The Federal Respondents further advise the Court that after Petitioner's release from the Federal Respondents' custody he was arrested and detained by personnel of the Orange County Jail ("OCJ") and is being held pending the arrival of officers from Nassau County Probation ("NCP") who will take Petitioner into their custody. At the present time, the Federal Respondents have no further information regarding the reason that Petitioner was detained by OCJ personnel or the basis for NCP taking him into custody.

The Federal Respondents thank the Court for its attention to this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: */s/ Thomas R. Price*
Thomas R. Price
Assistant U.S. Attorney
(631) 715-7893
thomas.price@usdoj.gov

cc: (by ECF)
All counsel of record