UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
E.T.G.,

*Petitioner*,

v.

KENNETH GENALO, Field Office Director, *et al.*

*Respondents*.
-----------------------------------------------------------------x

Civil Action
No. 26-cv-4274

(J.)

**DECLARATION OF DMITRY ROUSSEAU**

I, DMITRY ROUSSEAU, hereby declare as follows:

1. I am a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served in this capacity since December 2025. As a Deportation Officer, I manage cases of aliens who are in immigration proceedings. Once an alien is ordered removed from the United States, I facilitate the alien's removal.

2. The following information is based on my personal knowledge, my review of information obtained from other individuals employed by DHS and ICE, information obtained from government databases maintained by DHS and ICE to which I have access, and other documents related to the case of Petitioner, E.T.G. ("Petitioner"), who has been assigned Alien Number: [redacted].

3. Petitioner is a native and citizen of Mexico.

4. Petitioner entered the United States unlawfully, without inspection, at an unknown date, time, and location.

5. On June 20, 2010, Nassau County Police Department ("NCPD") arrested Petitioner

for Menacing in the Second Degree, in violation of N.Y. Pen. Law § 120.14(01) and Resisting Arrest, in violation of N.Y. Pen. Law § 205.30. *See* Exhibit A (true and correct copy of Petitioner's RAP Sheet) at 5-6. On December 17, 2010, Petitioner was convicted upon plea of guilty to Disorderly Conduct in violation of N.Y. Pen. Law § 240.20 and sentenced to a Conditional Discharge with a fine of $100. *See id.*

6. On November 12, 2023, Nassau County Police Department ("NCPD") arrested Petitioner for Driving While Intoxicated, in violation of Vehicle and Traffic Law (V.T.L.) § 1192(03); in violation of V.T.L. § 1192(2-AA) and in violation of V.T.L. § 1192(02). *See id.* at 7-8. On March 21, 2024, Petitioner was convicted upon plea of guilty to Driving While Intoxicated in violation of V.T.L. § 1192(2-AA). He was sentenced to three years' probation, $1000 fine and Petitioner's license was revoked. *Id.* at 8.

7. On August 26, 2024, Nassau County Police Department ("NCPD") arrested Petitioner for Driving While Intoxicated – Prior Conviction within 10 Years, in violation of Vehicle and Traffic Law (V.T.L.) § 1192(02) and Aggravated Unlicensed Operation of a Motor Vehicle in violation of V.T.L. § 511 (03). *See id.* at 8-9. On November 8, 2024, Petitioner was convicted upon plea of guilty to Driving While Intoxicated – Prior Conviction within 10 Years, in violation of Vehicle and Traffic Law (V.T.L.) § 1192(02). *Id.* at 10. He was sentenced to 40 days imprisonment, five years' probation, $1000 fine, and Petitioner's license was revoked. *Id.* at 11.

8. Based on this arrest, Petitioner became known to the ICE Long Island Criminal Alien Program (LNY CAP). On October 21, 2024, ICE LNY CAP encountered Petitioner while he was at the Nassau County Correctional Center and determined he is a criminal noncitizen who is amenable to removal.

9. On October 21, 2024, ICE issued a Form I-200 Warrant for Arrest of Alien (the

"Oct. 21, 2024 I-200"), a Notice to Appear ("NTA"), and also lodged a detainer with the Nassau County Correctional Center. Attached hereto as Exhibits B and C, respectively, are true and correct copies of the October 21, 2024, I-200 and NTA. Because Petitioner was not ultimately arrested at that time, removal proceedings were not initiated in 2024.

10. On March 19, 2026, Nassau County Police Department ("NCPD") arrested Petitioner for Grand Larceny in the Fourth Degree in violation of N. Y. Pen. Law § 155.30. *See* Exh. A at 11-12.

11. On April 28, 2026, pursuant to the October 21, 2024 I-200, ICE arrested petitioner and detained him pursuant Immigration and Nationality Act ("INA") § 236(c), 8 U.S.C. § 1226 (c).

12. On April 28, 2026, Petitioner was taken to the Central Islip holding room located at 535 Federal Plaza, Central Islip, New York. ICE issued him a Notice to Appear (the "April 28, 2026 NTA"), charging him as inadmissible to the United States pursuant to INA § 212(a)(6)(A)(i), 8 U.S.C. § 1182(a)(6)(A)(i), as an alien present in the United States without being admitted or paroled. Attached hereto as Exhibit D is a true and correct copy of the April 28, 2026 NTA.

13. Thereafter, on that same day, Apri 28, 2026, Petitioner was transferred to Nassau County Correctional Center ("NCCC").

14. On April 30, 2026, Petitioner was transferred from NCCC to Orange County Jail located in Goshen, New York.

15. On June 24, 2026, Petitioner was transferred to the custody of Nassau County Sheriff's Department pursuant to a Writ of Habeas Corpus Ad Prosequendum ("Writ Ad Prosequendum") for attendance of his plea and/or disposition and any further proceedings under Nassau County Docket Number CR-005446-26NA. Attached hereto as Exhibit E is a true and

correct copy of the Writ Ad Prosequendum.

16. On July 16, 2026, Petitioner was convicted upon plea of guilty to Disorderly Conduct in violation of N.Y. Pen. Law § 240.20 and sentenced to a Conditional Discharge and a final Order of Protection. *Id.* at 12.

17. Currently, Petitioner remains in the custody of Nassau County Sheriff's Department.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York
This 17th day of July, 2026

DMITRY A ROUSSEAU
Digitally signed by DMITRY A ROUSSEAU
Date: 2026.07.17 16:54:14 -04'00'

Dmitry Rousseau
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security